The People of the State of New York ex rel. H. Hicks & Son, Inc., Appellant, against William E. Boyland et al., Constituting the Tax Commission of the City of New York, Respondents.   [28–30 West 57th St., Borough of Manhattan.]

Argued October 17, 1950; decided November 22, 1950.

*Israel Hoffman, Herbert K. Lippman* and *Frank Moroze* for appellant.

*John P. McGrath, Corporation Counsel* (*Anthony Curreri, Imre Schwarz* and *Morris Handel* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.